IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| METTERS INDUSTRIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 13-116C |
| | ) | (Judge Wolski) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

<u>JOINT STATUS REPORT</u>

This Joint Status Report is to inform the Court that the U.S. Small Business Administration's ("SBA") Office of Hearings and Appeals ("OHA") rendered its decision on March 26, 2013, denying Metters Industries, Inc.'s appeal of the SBA Area II Office of Government Contracting's size determination. OHA's March 26, 2013 decision was issued under a protective order; as soon as a public version is released, the parties will file a copy of the decision with this Court.

Dated: March 28, 2013                    Respectfully submitted,

<span style="margin-left:3em"></span>s/Pamela J. Mazza
<span style="margin-left:3em"></span>Pamela J. Mazza
<span style="margin-left:3em"></span>PilieroMazza, PLLC
<span style="margin-left:3em"></span>888 17th Street, NW, 11th Floor
<span style="margin-left:3em"></span>Washington, DC  20006
<span style="margin-left:3em"></span>(202) 857-1000 (phone)
<span style="margin-left:3em"></span>(202) 857-7836 (protected fax)
<span style="margin-left:3em"></span>pmazza@pilieromazza.com

<span style="margin-left:3em"></span>*Counsel for Metters Industries, Inc.*

Of Counsel:

Isaias "Cy" Alba, IV
Patrick T. Rothwell
Kathryn V. Flood
Brian F. Wilbourn
Grant D.P. Madden
PilieroMazza, PLLC
888 17th Street, NW, 11th Floor
Washington, DC  20006
(202) 857-1000 (phone)
(202) 857-7836 (protected fax)
ialba@pilieromazza.com
prothwell@pilieromazza.com
kflood@pilieromazza.com
bwilbourn@pilieromazza.com
gmadden@pilieromazza.com

|  |  |
|---|---|
|  | STUART F. DELERY<br>Acting Assistant Attorney General |
|  | JEANNE E. DAVIDSON<br>Director |
|  | s/Franklin E. White, Jr.<br>FRANKLIN E. WHITE, JR.<br>Assistant Director |
| OF COUNSEL: | s/Scott R. Damelin<br>SCOTT R. DAMELIN |
| Michael Kraycinovich<br>Associate Command Counsel<br>U.S. Army Materiel Command<br>Redstone Arsenal, AL 35898 | Trial Attorney<br>Department of Justice<br>Civil Division<br>Commercial Litigation Branch<br>P.O. Box 480 |
| Captain Tudo Pham<br>Trial Attorney<br>Contract and Fiscal Law Division<br>U.S. Army Legal Services Agency<br>Fort Belvoir, VA 22060 | Ben Franklin Station<br>Washington, D.C.  20044<br>Tel: (202) 305-2312<br>Fax: (202) 305-7643<br>E-mail: scott.damelin@usdoj.gov |
|  | *Counsel for Defendant United States* |

## CERTIFICATE OF FILING

I hereby certify that the foregoing Joint Status Report was electronically filed on this 28th day of March, 2013.  I understand that notice of this filing will be sent to all parties by operation of the Court's Electronic Filing System.

 s/Pamela J. Mazza
Pamela J. Mazza